UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES DE CUIR,

        Plaintiff,

v.

JOSEPH LEHMAN,

        Defendant.

Case No. C04-5875FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, the remaining record, and no objections to the report and recommendation having been filed, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the courts order to provide service documents.

(3) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. Karen L. Strombom.

DATED this 4th day of April 2005.

        /s/ Franklin D. Burgess
        FRANKLIN D. BURGESS
        UNITED STATES DISTRICT JUDGE

ORDER
Page - 1